# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Iron Bow Technologies, LLC ) | ASBCA No. 59181 |
| ) | |
| Under Contract No. W91QUZ-07-D-0010 ) | |

APPEARANCES FOR THE APPELLANT:      James C. Fontana, Esq.
David B. Dempsey, Esq.
Dempsey Fontana, PLLC
Reston, VA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ James P. Leary, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 August 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59181, Appeal of Iron Bow Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals